UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

**UNITED STATES OF AMERICA**

v.  CRIMINAL ACTION NO. 2:13-00321

**LUCAS R. LYNCH**

## SUPERVISED RELEASE REVOCATION AND JUDGMENT ORDER
## MEMORANDUM OPINION AND ORDER

On April 5, 2018, the United States of America appeared by Erik S. Goes, Assistant United States Attorney, and the defendant, Lucas R. Lynch, appeared in person and by his counsel, David O. Schles, for a hearing on the Second Amendment to Petition submitted by United States Probation Officer Lilla M. Adkins, the court having modified the terms and conditions of the defendant's three-year term of supervised release on October 25, 2017.

The court heard the admissions of the defendant and the representations and argument of counsel.

For reasons noted on the record of this proceeding, which are ORDERED incorporated herein by reference, the court found that the defendant has violated the conditions of

supervised release in the following respect: the defendant failed to abide by the special condition that he participate in and successfully complete the long-term drug treatment program at Recovery Point in Huntington, West Virginia, inasmuch as he entered the program on October 29, 2017, and voluntarily left the program on February 2, 2018, prior to completion; as admitted by the defendant on the record of the hearing and as set forth in the second amendment.

And the court finding, as more fully set forth on the record of the hearing, that the violation warrants revocation of supervised release and, further, that it would unduly depreciate the seriousness of the violation if supervised release were not revoked, it is ORDERED that the supervised release previously imposed upon the defendant in this action be, and it hereby is, revoked.

And the court having complied with the requirements of Rule 32(a)(1)(B) and (C) of the Federal Rules of Criminal Procedure, and finding, after considering the factors set forth in 18 U.S.C. § 3583(e), that the defendant should be confined to the extent set forth below, it is accordingly ORDERED that the defendant be, and he hereby is, committed to the custody of the United States Bureau of Prisons for imprisonment for a period of

TIME SERVED, to be followed by a term of thirty-five (35) months of supervised release upon the standard conditions of supervised release now in effect in this district as promulgated by the Administrative Office of the United States Courts (National Form AO 245B), the standard conditions as set forth in Local Rule 32.3 and the special condition that for a minimum period of six months from this date, he participate in and successfully complete the Anchor Project residential sober living program in Charleston, West Virginia, where he shall follow the rules and regulations of the facility, and participate in drug abuse counseling and treatment, and attend NA/AA meetings as directed by the program and the probation officer.

The Clerk is directed to forward copies of this written opinion and order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshal.

DATED: April 5, 2018

John T. Copenhaver, Jr.
United States District Judge