```
              UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF WEST VIRGINIA
                      AT CHARLESTON
```

**UNITED STATES OF AMERICA**

v.                          CRIMINAL ACTION NO. 2:13-00321

**LUCAS R. LYNCH**

### SUPERVISED RELEASE REVOCATION AND JUDGMENT ORDER
### MEMORANDUM OPINION AND ORDER

On October 7, 2021, the United States of America appeared by Nowles Heinrich, Assistant United States Attorney, and the defendant, Lucas R. Lynch, appeared in person and by his counsel, David O. Schles, for a hearing on the petition seeking revocation of supervised release submitted by United States Probation Officer Justin L. Gibson.  The defendant commenced a twenty-four (24) month term of supervised release in this action on September 4,2020, as more fully set forth in the Supervised Release Revocation and Judgment Order Memorandum Opinion and Order entered by the court on March 5, 2020.

The court heard the admissions of the defendant, and the representations and arguments of counsel.

For reasons noted on the record of this proceeding, which are ORDERED incorporated herein by reference, the court found by a preponderance of the evidence that the defendant has violated the conditions of supervised release in the following respect: (1) on June 8, 2021, the defendant submitted a urine specimen that tested positive for amphetamine and methamphetamine, which use was confirmed by the National Testing Laboratory on June 18, 2021; (2) on May 7, 2021, the defendant was instructed to report to the probation office each Tuesday until further notice, and the defendant failed to report to the probation officer on June 15, 2021; and (3) on May 7, 2021, the Probation Officer instructed the defendant to cease contact with Mika Crace and on June 17, 2021, the defendant admitted he had contact with Mika Crace on June 12, 2021, and the defendant admitted he had continued contact with Mika Crace on June 16, 2021, in violation of a personal safety order; all as set forth in the petition on supervised release, and by the court's findings on the record of the hearing.

And the court finding, as more fully set forth on the record of the hearing, that the violation warrants revocation of

2

supervised release and, further, that it would unduly depreciate the seriousness of the violations if supervised release were not revoked, it is ORDERED that the supervised release previously imposed upon the defendant in this action be, and it hereby is, revoked.

And the court having complied with the requirements of Rule 32.1(b)(2) and (c)(1) of the Federal Rules of Criminal Procedure, and finding, after considering the factors set forth in 18 U.S.C. § 3583(e), that the defendant should be confined to the extent set forth below, it is accordingly ORDERED that the defendant be, and he hereby is, committed to the custody of the United States Bureau of Prisons for imprisonment for a period of SIX (6) MONTHS, to be followed by TWENTY-TWO (22) MONTHS of supervised release upon the same terms and conditions as heretofore, with the added condition that the number of random urine screens shall be increased.

The defendant was remanded to the custody of the United States Marshal.

The Clerk is directed to forward copies of this written opinion and order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshal.

DATED: October 28, 2021

John T. Copenhaver, Jr.
Senior United States District Judge